

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00214-CV

**IN THE INTEREST OF K.D.P.** and J.J.P.

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 24-02-28949-CV
Honorable Robert J. Falkenberg, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the order terminating appellant's parental rights is AFFIRMED. No costs of appeal are assessed against appellant.

James D. Saint's motion to withdraw is DENIED.

SIGNED June 25, 2025.

_____
Adrian A. Spears II, Justice